AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Buchwald, Naomi R. | **2. Court or Organization**<br><br>SOUTHERN DISTRICT OF NEW YORK | **3. Date of Report**<br><br>11/22/2018 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | **5a. Report Type (check appropriate type)**<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Solo Law Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | O | T | | | | | |
| 2. Vanguard Voyager (IRA) | | | | | | | | | |
| 3. -- Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 4. Schwab (IRA) | | | | | | | | | |
| 5. -- Schwab Deposit Account | A | Interest | P1 | T | | | | | |
| 6. --CST Brands Inc. (Common) | A | Dividend | | | Sold | 06/28/17 | J | C | |
| 7. --Twitter Inc. (Common) | | None | | | Sold (part) | 02/07/17 | M | | |
| 8. | | | | | Buy (add'l) | 02/07/17 | M | | |
| 9. | | | | | Sold (part) | 02/08/17 | M | | |
| 10. | | | | | Sold | 02/09/17 | K | | |
| 11. | | | | | Buy | 07/12/17 | K | | |
| 12. | | | | | Sold | 08/25/17 | K | | |
| 13. | | | | | Buy | 09/13/17 | L | | |
| 14. | | | | | Sold | 09/25/17 | L | | |
| 15. | | | | | Buy | 12/08/17 | M | | |
| 16. | | | | | Sold | 12/26/17 | M | | |
| 17. --Intel (Common) | C | Dividend | | | Sold | 01/11/17 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 01/26/17 | L | | |
| 19. | | | | | Buy | 06/02/17 | N | | |
| 20. | | | | | Sold | 06/02/17 | N | B | |
| 21. | | | | | Buy | 08/23/17 | N | | |
| 22. | | | | | Buy (add'l) | 09/07/17 | N | | |
| 23. | | | | | Sold | 09/15/17 | O | D | |
| 24. | | | | | Buy | 11/03/17 | N | | |
| 25. | | | | | Buy (add'l) | 11/06/17 | N | | |
| 26. | | | | | Sold (part) | 11/07/17 | M | C | |
| 27. | | | | | Buy (add'l) | 11/07/17 | M | | |
| 28. | | | | | Sold (part) | 11/22/17 | O | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. --Apple (Common) | C | Dividend | J | T | Buy | 02/13/17 | M | | |
| 33. | | | | | Buy | 03/02/17 | N | | |
| 34. | | | | | Sold | 04/05/17 | N | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 04/11/17 | M | | |
| 36. | | | | | Sold | 05/04/17 | M | C | |
| 37. | | | | | Buy (add'l) | 05/09/17 | N | | |
| 38. | | | | | Sold | 05/19/17 | N | | |
| 39. | | | | | Buy | 05/25/17 | N | | |
| 40. | | | | | Sold | 05/31/17 | N | | |
| 41. | | | | | Buy | 06/09/17 | M | | |
| 42. | | | | | Sold | 07/13/17 | M | | |
| 43. | | | | | Buy | 08/03/17 | M | | |
| 44. | | | | | Buy (add'l) | 08/04/17 | M | | |
| 45. | | | | | Sold (part) | 08/04/17 | M | A | |
| 46. | | | | | Buy (add'l) | 08/09/17 | N | | |
| 47. | | | | | Sold (part) | 08/31/17 | M | D | |
| 48. | | | | | Sold | 09/05/17 | N | B | |
| 49. | | | | | Buy | 09/27/17 | O | | |
| 50. | | | | | Sold (part) | 10/16/17 | N | E | |
| 51. | | | | | Sold | 10/19/17 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 12/08/17 | M | | |
| 53. | | | | | Sold (part) | 12/27/17 | M | | |
| 54.   --Blackberry (Common) | | None | | | Sold | 10/19/17 | M | D | |
| 55.   --Amazon (Common) | | None | | | Sold | 02/13/17 | N | E | |
| 56. | | | | | Buy | 05/16/17 | M | | |
| 57. | | | | | Sold | 05/19/17 | M | C | |
| 58. | | | | | Buy | 05/24/17 | N | | |
| 59. | | | | | Sold | 05/25/17 | N | C | |
| 60. | | | | | Buy | 06/12/17 | N | | |
| 61. | | | | | Sold | 07/27/17 | N | E | |
| 62. | | | | | Buy | 08/28/17 | N | | |
| 63. | | | | | Sold | 09/05/17 | N | C | |
| 64. | | | | | Buy | 09/19/17 | N | | |
| 65. | | | | | Sold | 09/25/17 | N | | |
| 66. | | | | | Buy | 09/26/17 | N | | |
| 67. | | | | | Sold | 10/19/17 | N | E | |
| 68. | | | | | Buy | 11/27/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/28/17 | N | | |
| 70. | | | | | Buy | 12/04/17 | O | | |
| 71. | | | | | Buy (add'l) | 12/05/17 | O | | |
| 72. | | | | | Sold (part) | 12/05/17 | O | | |
| 73. | | | | | Sold | 12/26/17 | O | E | |
| 74. --Microsoft (Common) | C | Dividend | | | Sold | 01/26/17 | N | D | |
| 75. | | | | | Buy | 01/31/17 | N | | |
| 76. | | | | | Buy (add'l) | 04/27/17 | M | | |
| 77. | | | | | Sold (part) | 04/27/17 | M | C | |
| 78. | | | | | Buy (add'l) | 04/28/17 | L | | |
| 79. | | | | | Buy (add'l) | 05/11/17 | M | | |
| 80. | | | | | Sold | 05/16/17 | N | | |
| 81. | | | | | Buy | 09/12/17 | N | | |
| 82. | | | | | Sold | 09/15/17 | N | | |
| 83. | | | | | Buy (add'l) | 09/19/17 | M | | |
| 84. | | | | | Buy (add'l) | 09/20/17 | M | | |
| 85. | | | | | Sold | 09/25/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 10/31/17 | M | | |
| 87. | | | | | Sold | 12/01/17 | M | A | |
| 88. --Exxon Mobil (Common) | A | Dividend | | | Buy | 05/09/17 | L | | |
| 89. | | | | | Sold | 05/15/17 | L | A | |
| 90. --Cisco (Common) | C | Dividend | | | Buy | 02/17/17 | N | | |
| 91. | | | | | Sold | 03/29/17 | N | B | |
| 92. | | | | | Buy | 04/03/17 | N | | |
| 93. | | | | | Sold (part) | 04/04/17 | M | | |
| 94. | | | | | Sold | 05/16/17 | M | C | |
| 95. | | | | | Buy | 09/13/17 | M | | |
| 96. | | | | | Sold | 09/15/17 | M | B | |
| 97. | | | | | Buy | 10/03/17 | M | | |
| 98. | | | | | Sold | 12/01/17 | M | D | |
| 99. | | | | | Buy | 12/08/17 | M | | |
| 100. | | | | | Sold | 12/26/17 | M | D | |
| 101. --Valero (Common) | A | Dividend | | | Buy | 05/11/17 | M | | |
| 102. | | | | | Sold (part) | 05/15/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- Applied Materials (Common) | A | Dividend | | | Buy | 11/17/17 | M | | |
| 104. | | | | | Sold | 11/17/17 | M | B | |
| 105.  --Facebook (Common) | | None | | | Buy | 01/27/17 | M | | |
| 106. | | | | | Sold | 01/27/17 | M | A | |
| 107. | | | | | Buy | 02/01/17 | K | | |
| 108. | | | | | Buy (add'l) | 02/02/17 | M | | |
| 109. | | | | | Sold | 02/08/17 | N | C | |
| 110. | | | | | Buy | 02/27/17 | M | | |
| 111. | | | | | Sold | 04/05/17 | M | D | |
| 112. | | | | | Buy | 04/11/17 | M | | |
| 113. | | | | | Buy (add'l) | 04/13/17 | M | | |
| 114. | | | | | Sold (part) | 05/03/17 | M | D | |
| 115. | | | | | Buy (add'l) | 05/03/17 | L | | |
| 116. | | | | | Sold | 05/04/17 | M | D | |
| 117. | | | | | Buy | 06/09/17 | M | | |
| 118. | | | | | Buy (add'l) | 06/12/17 | L | | |
| 119. | | | | | Sold | 07/13/17 | N | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 12/08/17 | M | | |
| 121. | | | | | Sold | 12/26/17 | M | | |
| 122. --Valeant Pharmaceutical (Common) | | None | | | Buy | 02/15/17 | K | | |
| 123. | | | | | Sold | 02/16/17 | K | | |
| 124. --Time Warner (Common) | | None | | | Buy | 11/10/17 | L | | |
| 125. | | | | | Sold | 12/26/17 | L | B | |
| 126. --Netflix (Common) | | None | | | Buy | 02/13/17 | N | | |
| 127. | | | | | Sold | 02/27/17 | N | | |
| 128. | | | | | Buy | 05/30/17 | N | | |
| 129. | | | | | Sold | 05/31/17 | N | | |
| 130. | | | | | Buy | 06/02/17 | M | | |
| 131. | | | | | Sold | 06/02/17 | M | B | |
| 132. | | | | | Buy | 06/09/17 | M | | |
| 133. | | | | | Sold | 07/13/17 | N | C | |
| 134. | | | | | Buy | 07/13/17 | M | | |
| 135. | | | | | Sold | 07/14/17 | M | B | |
| 136. | | | | | Buy | 10/27/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/27/17 | M | A | |
| 138. | | | | | Sold | 12/01/17 | N | | |
| 139. | | | | | Buy | 12/05/17 | M | | |
| 140. | | | | | Sold | 12/26/17 | M | C | |
| 141. --Alphabet Class A (Common) | | None | | | Buy | 04/13/17 | O | | |
| 142. | | | | | Sold (part) | 04/20/17 | N | D | |
| 143. | | | | | Sold | 04/28/17 | N | E | |
| 144. | | | | | Buy | 07/20/17 | M | | |
| 145. | | | | | Sold (part) | 07/24/17 | M | B | |
| 146. | | | | | Buy (add'l) | 07/24/17 | M | | |
| 147. | | | | | Sold | 07/31/17 | N | | |
| 148. -- Alphabet Class C (Common) | | None | | | Buy | 07/24/17 | N | | |
| 149. | | | | | Sold | 07/27/17 | N | | |
| 150. -- Snap (Common) | | None | | | Buy | 08/25/17 | L | | |
| 151. | | | | | Sold | 09/25/17 | L | | |
| 152. | | | | | Buy | 11/06/17 | K | | |
| 153. | | | | | Sold | 12/27/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Lowes (Common) | | None | | | Buy | 10/18/17 | L | | |
| 155. | | | | | Sold | 10/19/17 | L | | |
| 156. JPMorgan Chase Accounts | A | Interest | M | T | | | | | |
| 157. Schwab Account -- NY Muni Money Mkt | D | Int./Div. | P1 | T | | | | | |
| 158. Merrill Lynch Cash Acct | C | Dividend | O | T | | | | | |
| 159. Time Warner Common Stock | A | Dividend | K | T | Buy (add'l) | 11/02/17 | L | | |
| 160. | | | | | Sold (part) | 12/27/17 | L | | |
| 161. Blount Common Stock | | None | | | Sold | 01/30/17 | J | | |
| 162. Intel Common Stock | C | Dividend | | | Buy (add'l) | 01/03/17 | N | | |
| 163. | | | | | Buy (add'l) | 01/07/17 | O | | |
| 164. | | | | | Sold (part) | 01/12/17 | N | | |
| 165. | | | | | Sold (part) | 01/13/17 | M | | |
| 166. | | | | | Sold (part) | 01/27/17 | N | | |
| 167. | | | | | Sold (part) | 02/07/17 | K | | |
| 168. | | | | | Sold (part) | 02/10/17 | N | | |
| 169. | | | | | Sold | 02/13/17 | N | | |
| 170. | | | | | Buy | 03/13/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 03/21/17 | M | B | |
| 172. | | | | | Buy | 04/20/17 | N | | |
| 173. | | | | | Sold | 04/20/17 | N | B | |
| 174. | | | | | Buy | 04/27/17 | M | | |
| 175. | | | | | Sold | 05/02/17 | M | | |
| 176. | | | | | Buy | 05/12/17 | M | | |
| 177. | | | | | Sold | 05/16/17 | M | B | |
| 178. | | | | | Buy | 08/03/17 | M | | |
| 179. | | | | | Sold | 08/03/17 | M | A | |
| 180. | | | | | Buy | 08/04/17 | N | | |
| 181. | | | | | Sold (part) | 08/04/17 | M | A | |
| 182. | | | | | Sold | 08/08/17 | L | A | |
| 183. | | | | | Buy | 08/16/17 | O | | |
| 184. | | | | | Buy | 09/06/17 | N | | |
| 185. | | | | | Sold (part) | 09/06/17 | L | B | |
| 186. | | | | | Sold | 09/13/17 | N | C | |
| 187. | | | | | Buy | 09/19/17 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 09/19/17 | M | A | |
| 189. | | | | | Sold (part) | 09/21/17 | M | A | |
| 190. | | | | | Buy (add'l) | 09/25/17 | M | | |
| 191. | | | | | Sold | 09/27/17 | L | | |
| 192. | | | | | Buy | 10/06/17 | M | | |
| 193. | | | | | Buy (add'l) | 10/10/17 | M | | |
| 194. | | | | | Sold (part) | 10/13/17 | M | A | |
| 195. | | | | | Buy (add'l) | 10/27/17 | N | | |
| 196. | | | | | Sold (part) | 10/27/17 | N | D | |
| 197. | | | | | Sold (part) | 11/01/17 | K | B | |
| 198. | | | | | Sold | 11/02/17 | M | E | |
| 199. | | | | | Buy | 11/08/17 | N | | |
| 200. | | | | | Sold | 11/08/17 | N | A | |
| 201. | | | | | Buy | 11/09/17 | O | | |
| 202. | | | | | Buy (add'l) | 11/10/17 | M | | |
| 203. | | | | | Buy (add'l) | 11/11/17 | O | | |
| 204. | | | | | Sold (part) | 11/13/17 | O | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 11/14/17 | M | A | |
| 206. | | | | | Sold (part) | 11/16/17 | M | A | |
| 207. | | | | | Sold (part) | 11/20/17 | M | | |
| 208. | | | | | Sold (part) | 11/22/17 | O | | |
| 209. | | | | | Sold (part) | 11/27/17 | L | | |
| 210. | | | | | Buy (add'l) | 11/30/17 | O | | |
| 211. | | | | | Sold (part) | 12/04/17 | M | | |
| 212. | | | | | Sold (part) | 12/07/17 | N | | |
| 213. | | | | | Sold (part) | 12/19/17 | M | | |
| 214. | | | | | Sold (part) | 12/20/17 | M | | |
| 215. | | | | | Sold (part) | 12/26/17 | N | | |
| 216. | | | | | Sold | 12/27/17 | O | | |
| 217. Time Inc. Common Stock | A | Dividend | J | T | | | | | |
| 218. Apple Common Stock | D | Dividend | | | Buy | 01/03/17 | N | | |
| 219. | | | | | Sold | 01/06/17 | N | | |
| 220. | | | | | Buy | 01/06/17 | N | | |
| 221. | | | | | Buy (add'l) | 01/09/17 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 01/10/17 | M | | |
| 223. | | | | | Sold (part) | 01/23/17 | L | A | |
| 224. | | | | | Sold (part) | 01/25/17 | M | B | |
| 225. | | | | | Buy (add'l) | 01/27/17 | M | | |
| 226. | | | | | Sold (part) | 01/27/17 | M | A | |
| 227. | | | | | Buy (add'l) | 01/30/17 | M | | |
| 228. | | | | | Sold (part) | 01/30/17 | M | A | |
| 229. | | | | | Buy (add'l) | 02/07/17 | N | | |
| 230. | | | | | Sold (part) | 02/07/17 | N | A | |
| 231. | | | | | Buy (add'l) | 02/09/17 | N | | |
| 232. | | | | | Sold (part) | 02/09/17 | N | C | |
| 233. | | | | | Buy (add'l) | 02/10/17 | N | | |
| 234. | | | | | Sold (part) | 02/10/17 | N | A | |
| 235. | | | | | Buy (add'l) | 02/13/17 | N | | |
| 236. | | | | | Sold (part) | 02/14/17 | N | B | |
| 237. | | | | | Buy (add'l) | 02/15/17 | M | | |
| 238. | | | | | Sold (part) | 02/15/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 02/28/17 | M | E | |
| 240. | | | | | Buy | 02/28/17 | N | | |
| 241. | | | | | Buy (add'l) | 03/01/17 | O | | |
| 242. | | | | | Sold (part) | 03/01/17 | O | D | |
| 243. | | | | | Buy (add'l) | 03/21/17 | M | | |
| 244. | | | | | Sold (part) | 03/22/17 | N | D | |
| 245. | | | | | Sold (part) | 03/23/17 | M | A | |
| 246. | | | | | Buy (add'l) | 03/24/17 | M | | |
| 247. | | | | | Sold (part) | 03/28/17 | M | C | |
| 248. | | | | | Buy (add'l) | 03/29/17 | N | | |
| 249. | | | | | Sold (part) | 03/29/17 | M | A | |
| 250. | | | | | Sold (part) | 03/31/17 | N | A | |
| 251. | | | | | Sold (part) | 04/05/17 | M | A | |
| 252. | | | | | Buy (add'l) | 04/07/17 | M | | |
| 253. | | | | | Sold (part) | 04/20/17 | N | | |
| 254. | | | | | Sold (part) | 04/25/17 | M | A | |
| 255. | | | | | Buy (add'l) | 04/27/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold | 05/01/17 | M | C | |
| 257. | | | | | Buy | 05/01/17 | M | | |
| 258. | | | | | Sold | 05/02/17 | M | A | |
| 259. | | | | | Buy | 05/02/17 | P1 | | |
| 260. | | | | | Sold (part) | 05/03/17 | M | B | |
| 261. | | | | | Sold | 05/30/17 | P1 | | |
| 262. | | | | | Buy | 06/07/17 | M | | |
| 263. | | | | | Sold | 06/23/17 | M | | |
| 264. | | | | | Buy | 06/26/17 | M | | |
| 265. | | | | | Buy (add'l) | 06/27/17 | N | | |
| 266. | | | | | Sold (part) | 07/12/17 | M | | |
| 267. | | | | | Sold (part) | 07/13/17 | M | | |
| 268. | | | | | Sold (part) | 07/14/17 | M | | |
| 269. | | | | | Sold (part) | 07/17/17 | M | C | |
| 270. | | | | | Buy (add'l) | 07/17/17 | M | | |
| 271. | | | | | Sold (part) | 07/20/17 | M | | |
| 272. | | | | | Sold (part) | 07/21/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 07/25/17 | M | C | |
| 274. | | | | | Buy (add'l) | 07/27/17 | N | | |
| 275. | | | | | Buy (add'l) | 08/02/17 | O | | |
| 276. | | | | | Sold (part) | 08/08/17 | M | D | |
| 277. | | | | | Sold (part) | 08/10/17 | O | | |
| 278. | | | | | Buy (add'l) | 08/22/17 | L | | |
| 279. | | | | | Buy (add'l) | 08/28/17 | K | | |
| 280. | | | | | Sold (part) | 08/29/17 | K | C | |
| 281. | | | | | Buy (add'l) | 08/30/17 | P1 | | |
| 282. | | | | | Sold (part) | 08/30/17 | P1 | A | |
| 283. | | | | | Sold (part) | 08/31/17 | N | A | |
| 284. | | | | | Buy (add'l) | 08/31/17 | N | | |
| 285. | | | | | Buy (add'l) | 09/01/17 | O | | |
| 286. | | | | | Sold (part) | 09/05/17 | N | | |
| 287. | | | | | Sold (part) | 09/06/17 | M | | |
| 288. | | | | | Sold (part) | 09/07/17 | N | | |
| 289. | | | | | Buy (add'l) | 09/09/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 09/15/17 | M | | |
| 291. | | | | | Buy (add'l) | 09/19/17 | M | | |
| 292. | | | | | Sold (part) | 09/21/17 | M | | |
| 293. | | | | | Sold (part) | 09/29/17 | N | | |
| 294. | | | | | Sold (part) | 10/03/17 | K | | |
| 295. | | | | | Buy (add'l) | 10/09/17 | M | | |
| 296. | | | | | Sold (part) | 10/12/17 | M | | |
| 297. | | | | | Sold (part) | 10/16/17 | M | C | |
| 298. | | | | | Sold (part) | 10/17/17 | M | | |
| 299. | | | | | Sold (part) | 11/02/17 | L | | |
| 300. | | | | | Sold (part) | 11/06/17 | N | | |
| 301. | | | | | Sold (part) | 11/08/17 | N | | |
| 302. | | | | | Sold (part) | 11/24/17 | O | | |
| 303. | | | | | Buy (add'l) | 12/01/17 | O | | |
| 304. | | | | | Sold (part) | 12/01/17 | O | | |
| 305. | | | | | Sold (part) | 12/13/17 | M | | |
| 306. | | | | | Buy (add'l) | 12/14/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 12/15/17 | N | | |
| 308. | | | | | Sold | 12/27/17 | P1 | | |
| 309. Cisco Common Stock | C | Dividend | | | Buy | 01/09/17 | O | | |
| 310. | | | | | Sold (part) | 01/10/17 | N | | |
| 311. | | | | | Sold (part) | 01/24/17 | M | | |
| 312. | | | | | Sold (part) | 01/27/17 | N | A | |
| 313. | | | | | Sold (part) | 01/30/17 | M | | |
| 314. | | | | | Sold (part) | 01/31/17 | N | | |
| 315. | | | | | Sold (part) | 02/03/17 | N | | |
| 316. | | | | | Sold (part) | 02/15/17 | K | D | |
| 317. | | | | | Sold | 03/07/17 | L | D | |
| 318. | | | | | Buy | 03/13/17 | L | | |
| 319. | | | | | Sold | 03/23/17 | L | | |
| 320. | | | | | Buy | 03/24/17 | L | | |
| 321. | | | | | Sold | 04/04/17 | L | | |
| 322. | | | | | Buy | 05/17/17 | M | | |
| 323. | | | | | Sold | 05/17/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 08/16/17 | M | | |
| 325. | | | | | Sold | 08/16/17 | M | A | |
| 326. | | | | | Buy | 09/19/17 | M | | |
| 327. | | | | | Sold | 09/21/17 | M | B | |
| 328. | | | | | Buy | 10/27/17 | M | | |
| 329. | | | | | Sold | 10/27/17 | M | B | |
| 330. | | | | | Buy | 11/08/17 | M | | |
| 331. | | | | | Sold | 11/08/17 | M | A | |
| 332. | | | | | Buy | 11/10/17 | L | | |
| 333. | | | | | Sold | 11/10/17 | L | A | |
| 334. | | | | | Buy | 11/13/17 | N | | |
| 335. | | | | | Sold | 11/13/17 | N | A | |
| 336. | | | | | Buy | 11/14/17 | M | | |
| 337. | | | | | Sold | 11/15/17 | M | A | |
| 338. | | | | | Buy | 11/16/17 | N | | |
| 339. | | | | | Sold (part) | 11/16/17 | L | A | |
| 340. | | | | | Sold (part) | 11/17/17 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 11/20/17 | M | A | |
| 342. | | | | | Buy | 11/21/17 | M | | |
| 343. | | | | | Sold | 11/22/17 | M | | |
| 344. | | | | | Buy | 12/06/17 | N | | |
| 345. | | | | | Sold (part) | 12/07/17 | M | | |
| 346. | | | | | Sold (part) | 12/08/17 | M | | |
| 347. | | | | | Buy (add'l) | 12/11/17 | N | | |
| 348. | | | | | Sold (part) | 12/13/17 | M | B | |
| 349. | | | | | Sold (part) | 12/15/17 | M | B | |
| 350. | | | | | Buy (add'l) | 12/19/17 | L | | |
| 351. | | | | | Sold (part) | 12/19/17 | N | D | |
| 352. | | | | | Sold | 12/20/17 | M | C | |
| 353. | | | | | Buy | 12/21/17 | N | | |
| 354. | | | | | Sold (part) | 12/26/17 | M | | |
| 355. | | | | | Sold | 12/27/17 | N | | |
| 356. Ebay Common Stock | | None | | | Buy | 01/24/17 | L | | |
| 357. | | | | | Sold | 01/25/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Microsoft Common Stock | C | Dividend | | | Buy | 01/25/17 | P1 | | |
| 359. | | | | | Sold (part) | 01/25/17 | O | B | |
| 360. | | | | | Sold | 01/26/17 | O | D | |
| 361. | | | | | Buy | 01/30/17 | O | | |
| 362. | | | | | Sold (part) | 01/30/17 | M | | |
| 363. | | | | | Buy (add'l) | 02/22/17 | L | | |
| 364. | | | | | Buy (add'l) | 02/23/17 | L | | |
| 365. | | | | | Sold (part) | 03/01/17 | N | | |
| 366. | | | | | Sold (part) | 03/23/17 | N | C | |
| 367. | | | | | Sold (part) | 03/30/17 | N | B | |
| 368. | | | | | Sold (part) | 04/04/17 | M | | |
| 369. | | | | | Sold (part) | 04/05/17 | L | A | |
| 370. | | | | | Buy (add'l) | 04/21/17 | O | | |
| 371. | | | | | Sold (part) | 04/21/17 | O | B | |
| 372. | | | | | Sold | 04/24/17 | M | C | |
| 373. | | | | | Buy | 04/28/17 | L | | |
| 374. | | | | | Sold | 05/01/17 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy | 05/04/17 | M | | |
| 376. | | | | | Sold | 05/10/17 | M | B | |
| 377. | | | | | Buy | 05/18/17 | M | | |
| 378. | | | | | Sold | 05/19/17 | M | | |
| 379. | | | | | Buy | 08/02/17 | N | | |
| 380. | | | | | Sold | 08/02/17 | N | A | |
| 381. | | | | | Buy | 08/16/17 | N | | |
| 382. | | | | | Sold | 08/16/17 | N | A | |
| 383. | | | | | Buy | 09/19/17 | O | | |
| 384. | | | | | Buy (add'l) | 09/25/17 | O | | |
| 385. | | | | | Buy (add'l) | 09/26/17 | N | | |
| 386. | | | | | Sold (part) | 09/29/17 | O | | |
| 387. | | | | | Sold (part) | 10/05/17 | L | | |
| 388. | | | | | Sold (part) | 10/13/17 | N | | |
| 389. | | | | | Sold (part) | 10/16/17 | M | | |
| 390. | | | | | Sold (part) | 10/17/17 | N | | |
| 391. | | | | | Sold (part) | 10/19/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 11/02/17 | M | | |
| 393. | | | | | Sold (part) | 11/02/17 | M | | |
| 394. | | | | | Buy (add'l) | 11/08/17 | N | | |
| 395. | | | | | Sold (part) | 11/08/17 | N | | |
| 396. | | | | | Sold (part) | 11/10/17 | N | | |
| 397. | | | | | Buy (add'l) | 11/12/17 | M | | |
| 398. | | | | | Sold (part) | 11/13/17 | O | | |
| 399. | | | | | Buy (add'l) | 11/14/17 | O | | |
| 400. | | | | | Sold (part) | 11/14/17 | O | | |
| 401. | | | | | Buy (add'l) | 11/15/17 | O | | |
| 402. | | | | | Sold (part) | 11/20/17 | M | | |
| 403. | | | | | Sold (part) | 11/21/17 | N | | |
| 404. | | | | | Buy (add'l) | 11/24/17 | L | | |
| 405. | | | | | Buy (add'l) | 11/27/17 | N | | |
| 406. | | | | | Buy (add'l) | 11/28/17 | K | | |
| 407. | | | | | Sold (part) | 12/07/17 | O | | |
| 408. | | | | | Sold | 12/19/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold (part) | 12/20/17 | N | | |
| 410. | | | | | Sold (part) | 12/26/17 | M | | |
| 411. | | | | | Sold | 12/27/17 | O | | |
| 412. Facebook Common | | None | | | Buy (add'l) | 01/07/17 | O | | |
| 413. | | | | | Buy (add'l) | 01/77/17 | M | | |
| 414. | | | | | Buy (add'l) | 01/18/17 | M | | |
| 415. | | | | | Buy (add'l) | 01/19/17 | M | | |
| 416. | | | | | Sold (part) | 01/26/17 | M | | |
| 417. | | | | | Sold (part) | 01/28/17 | M | | |
| 418. | | | | | Buy (add'l) | 01/29/17 | N | | |
| 419. | | | | | Sold (part) | 01/30/17 | M | | |
| 420. | | | | | Sold (part) | 02/07/17 | M | | |
| 421. | | | | | Sold (part) | 02/08/17 | M | | |
| 422. | | | | | Sold (part) | 02/09/17 | O | | |
| 423. | | | | | Buy (add'l) | 02/10/17 | N | | |
| 424. | | | | | Sold (part) | 02/10/17 | N | B | |
| 425. | | | | | Buy (add'l) | 02/03/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 29 of 59

Name of Person Reporting
Buchwald, Naomi R.

Date of Report
11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 02/08/17 | O | | |
| 427. | | | | | Sold (part) | 02/08/17 | O | A | |
| 428. | | | | | Buy (add'l) | 02/09/17 | N | | |
| 429. | | | | | Sold (part) | 02/09/17 | L | A | |
| 430. | | | | | Buy (add'l) | 02/10/17 | N | | |
| 431. | | | | | Sold (part) | 02/11/17 | N | | |
| 432. | | | | | Sold | 02/14/17 | N | | |
| 433. | | | | | Buy | 02/15/17 | O | | |
| 434. | | | | | Sold | 02/15/17 | O | B | |
| 435. | | | | | Buy | 02/16/17 | N | | |
| 436. | | | | | Sold | 02/16/17 | N | A | |
| 437. | | | | | Buy | 02/28/17 | N | | |
| 438. | | | | | Sold | 03/01/17 | N | B | |
| 439. | | | | | Buy | 03/01/17 | M | | |
| 440. | | | | | Buy (add'l) | 03/02/17 | N | | |
| 441. | | | | | Sold (part) | 03/02/17 | N | A | |
| 442. | | | | | Sold | 03/07/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 59

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy | 03/21/17 | N | | |
| 444. | | | | | Buy (add'l) | 03/22/17 | L | | |
| 445. | | | | | Sold (part) | 03/23/17 | N | | |
| 446. | | | | | Buy (add'l) | 03/25/17 | N | | |
| 447. | | | | | Sold (part) | 03/28/17 | N | C | |
| 448. | | | | | Buy (add'l) | 03/29/17 | O | | |
| 449. | | | | | Sold (part) | 03/29/17 | O | C | |
| 450. | | | | | Buy (add'l) | 03/30/17 | N | | |
| 451. | | | | | Sold (part) | 03/30/17 | N | A | |
| 452. | | | | | Buy (add'l) | 03/31/17 | N | | |
| 453. | | | | | Sold (part) | 03/31/17 | N | A | |
| 454. | | | | | Sold (part) | 04/05/17 | M | B | |
| 455. | | | | | Buy (add'l) | 04/06/17 | M | | |
| 456. | | | | | Sold (part) | 04/13/17 | M | A | |
| 457. | | | | | Sold | 04/20/17 | N | | |
| 458. | | | | | Buy | 04/21/17 | M | | |
| 459. | | | | | Sold | 04/28/17 | N | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 59

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 05/03/17 | L | | |
| 461. | | | | | Sold | 05/04/17 | L | A | |
| 462. | | | | | Buy | 05/09/17 | N | | |
| 463. | | | | | Buy (add'l) | 05/12/17 | N | | |
| 464. | | | | | Buy (add'l) | 05/15/17 | L | | |
| 465. | | | | | Buy (add'l) | 05/16/17 | L | | |
| 466. | | | | | Buy (add'l) | 05/19/17 | M | | |
| 467. | | | | | Sold (part) | 05/19/17 | M | B | |
| 468. | | | | | Buy (add'l) | 05/22/17 | M | | |
| 469. | | | | | Sold (part) | 05/25/17 | N | C | |
| 470. | | | | | Buy (add'l) | 05/25/17 | M | | |
| 471. | | | | | Buy (add'l) | 05/30/17 | N | | |
| 472. | | | | | Buy (add'l) | 05/31/17 | O | | |
| 473. | | | | | Sold (part) | 05/31/17 | O | B | |
| 474. | | | | | Sold (part) | 06/02/17 | N | | |
| 475. | | | | | Buy (add'l) | 06/06/17 | L | | |
| 476. | | | | | Sold (part) | 06/14/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 59

**Name of Person Reporting**

Buchwald, Naomi R.

**Date of Report**

11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 06/23/17 | M | | |
| 478. | | | | | Buy (add'l) | 06/26/17 | L | | |
| 479. | | | | | Sold (part) | 07/03/17 | M | | |
| 480. | | | | | Buy (add'l) | 07/13/17 | O | | |
| 481. | | | | | Sold (part) | 07/13/17 | O | B | |
| 482. | | | | | Buy (add'l) | 07/17/17 | L | | |
| 483. | | | | | Sold (part) | 07/17/17 | M | B | |
| 484. | | | | | Buy (add'l) | 07/20/17 | N | | |
| 485. | | | | | Sold (part) | 07/20/17 | M | A | |
| 486. | | | | | Buy (add'l) | 07/21/17 | N | | |
| 487. | | | | | Sold (part) | 07/21/17 | N | A | |
| 488. | | | | | Sold | 07/26/17 | L | D | |
| 489. | | | | | Buy | 08/02/17 | M | | |
| 490. | | | | | Sold | 08/02/17 | M | A | |
| 491. | | | | | Buy | 09/15/17 | M | | |
| 492. | | | | | Sold | 09/15/17 | M | | |
| 493. | | | | | Buy | 09/21/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold | 09/28/17 | N | | |
| 495. | | | | | Buy | 10/03/17 | N | | |
| 496. | | | | | Sold | 10/03/17 | N | | |
| 497. | | | | | Buy | 10/05/17 | M | | |
| 498. | | | | | Buy (add'l) | 10/06/17 | O | | |
| 499. | | | | | Sold | 10/06/17 | O | A | |
| 500. | | | | | Buy | 10/12/17 | O | | |
| 501. | | | | | Sold (part) | 10/12/17 | O | | |
| 502. | | | | | Sold | 10/13/17 | M | B | |
| 503. | | | | | Buy | 10/26/17 | O | | |
| 504. | | | | | Sold | 10/26/17 | O | D | |
| 505. | | | | | Buy | 11/02/17 | M | | |
| 506. | | | | | Sold | 11/06/17 | M | | |
| 507. | | | | | Buy | 11/23/17 | M | | |
| 508. | | | | | Buy (add'l) | 11/27/17 | M | | |
| 509. | | | | | Sold (part) | 11/27/17 | M | | |
| 510. | | | | | Buy (add'l) | 11/28/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy | 12/05/17 | M | | |
| 512. | | | | | Buy (add'l) | 12/08/17 | M | | |
| 513. | | | | | Sold (part) | 12/13/17 | M | | |
| 514. | | | | | Buy (add'l) | 12/14/17 | M | | |
| 515. | | | | | Sold (part) | 12/14/17 | M | A | |
| 516. | | | | | Sold | 12/15/17 | M | | |
| 517. Amazon Common Stock | None | K | T | | Buy | 01/04/17 | O | | |
| 518. | | | | | Sold (part) | 01/06/17 | O | | |
| 519. | | | | | Buy (add'l) | 01/09/17 | O | | |
| 520. | | | | | Sold (part) | 01/09/17 | O | | |
| 521. | | | | | Buy (add'l) | 01/10/17 | O | | |
| 522. | | | | | Sold (part) | 01/10/17 | O | B | |
| 523. | | | | | Buy (add'l) | 01/11/17 | O | | |
| 524. | | | | | Sold (part) | 01/11/17 | O | | |
| 525. | | | | | Buy (add'l) | 01/16/17 | N | | |
| 526. | | | | | Buy (add'l) | 01/19/17 | M | | |
| 527. | | | | | Buy (add'l) | 01/23/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 59

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 01/24/17 | O | | |
| 529. | | | | | Sold (part) | 01/27/17 | O | | |
| 530. | | | | | Buy (add'l) | 01/30/17 | O | | |
| 531. | | | | | Sold (part) | 01/30/17 | N | A | |
| 532. | | | | | Buy (add'l) | 01/31/17 | O | | |
| 533. | | | | | Sold (part) | 03/06/17 | O | | |
| 534. | | | | | Sold (part) | 03/22/17 | K | | |
| 535. | | | | | Sold (part) | 03/24/17 | O | | |
| 536. | | | | | Buy (add'l) | 03/27/17 | O | | |
| 537. | | | | | Sold (part) | 03/27/17 | N | | |
| 538. | | | | | Buy (add'l) | 03/30/17 | N | | |
| 539. | | | | | Sold (part) | 03/31/17 | O | | |
| 540. | | | | | Buy (add'l) | 04/25/17 | M | | |
| 541. | | | | | Sold (part) | 04/25/17 | O | | |
| 542. | | | | | Sold (part) | 04/26/17 | O | | |
| 543. | | | | | Buy (add'l) | 05/04/17 | O | | |
| 544. | | | | | Sold (part) | 05/04/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Buchwald, Naomi R.**

Date of Report

11/22/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 05/09/17 | N | | |
| 546. | | | | | Sold (part) | 05/09/17 | O | | |
| 547. | | | | | Buy (add'l) | 05/12/17 | N | | |
| 548. | | | | | Sold (part) | 05/12/17 | J | | |
| 549. | | | | | Buy (add'l) | 05/16/17 | P1 | | |
| 550. | | | | | Sold (part) | 05/16/17 | P1 | E | |
| 551. | | | | | Buy (add'l) | 05/17/17 | O | | |
| 552. | | | | | Sold (part) | 05/17/17 | O | | |
| 553. | | | | | Buy (add'l) | 05/18/17 | O | | |
| 554. | | | | | Buy (add'l) | 05/19/17 | N | | |
| 555. | | | | | Sold (part) | 05/19/17 | P1 | | |
| 556. | | | | | Buy (add'l) | 05/24/17 | N | | |
| 557. | | | | | Sold (part) | 05/25/17 | K | | |
| 558. | | | | | Sold (part) | 05/26/17 | N | | |
| 559. | | | | | Sold (part) | 05/30/17 | N | | |
| 560. | | | | | Buy (add'l) | 05/31/17 | P1 | | |
| 561. | | | | | Sold (part) | 05/31/17 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: **Buchwald, Naomi R.**

Date of Report: 11/22/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 06/13/17 | N | B | |
| 563. | | | | | Sold (part) | 06/14/17 | O | D | |
| 564. | | | | | Buy (add'l) | 06/19/17 | M | | |
| 565. | | | | | Sold (part) | 06/23/17 | M | B | |
| 566. | | | | | Sold (part) | 06/28/17 | N | | |
| 567. | | | | | Buy (add'l) | 06/28/17 | L | | |
| 568. | | | | | Buy (add'l) | 06/29/17 | M | | |
| 569. | | | | | Buy (add'l) | 07/05/17 | N | | |
| 570. | | | | | Buy (add'l) | 07/12/17 | L | | |
| 571. | | | | | Buy (add'l) | 07/13/17 | L | | |
| 572. | | | | | Buy (add'l) | 07/14/17 | M | | |
| 573. | | | | | Buy (add'l) | 07/15/17 | M | | |
| 574. | | | | | Sold (part) | 07/19/17 | M | | |
| 575. | | | | | Buy (add'l) | 07/30/17 | M | | |
| 576. | | | | | Buy (add'l) | 08/03/17 | M | | |
| 577. | | | | | Sold (part) | 08/08/17 | N | | |
| 578. | | | | | Buy (add'l) | 08/10/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 08/10/17 | P1 | | |
| 580. | | | | | Sold (part) | 08/16/17 | M | | |
| 581. | | | | | Buy (add'l) | 08/28/17 | M | | |
| 582. | | | | | Buy (add'l) | 08/29/17 | N | | |
| 583. | | | | | Sold (part) | 08/29/17 | O | D | |
| 584. | | | | | Buy (add'l) | 08/30/17 | N | | |
| 585. | | | | | Sold (part) | 08/30/17 | P1 | | |
| 586. | | | | | Buy (add'l) | 08/31/17 | M | | |
| 587. | | | | | Sold (part) | 08/31/17 | N | | |
| 588. | | | | | Buy (add'l) | 09/01/17 | O | | |
| 589. | | | | | Buy (add'l) | 09/05/17 | M | | |
| 590. | | | | | Sold (part) | 09/05/17 | N | | |
| 591. | | | | | Sold (part) | 09/06/17 | K | D | |
| 592. | | | | | Sold (part) | 09/07/17 | O | | |
| 593. | | | | | Buy (add'l) | 09/08/17 | N | | |
| 594. | | | | | Sold (part) | 09/20/17 | N | | |
| 595. | | | | | Buy (add'l) | 09/21/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 09/21/17 | O | | |
| 597. | | | | | Buy (add'l) | 09/25/17 | O | | |
| 598. | | | | | Sold (part) | 09/25/17 | N | | |
| 599. | | | | | Sold (part) | 09/28/17 | O | | |
| 600. | | | | | Buy (add'l) | 09/29/17 | O | | |
| 601. | | | | | Sold (part) | 09/29/17 | N | | |
| 602. | | | | | Sold (part) | 10/02/17 | N | | |
| 603. | | | | | Sold (part) | 10/03/17 | N | | |
| 604. | | | | | Buy (add'l) | 10/04/17 | N | | |
| 605. | | | | | Sold (part) | 10/06/17 | N | | |
| 606. | | | | | Buy (add'l) | 10/09/17 | O | | |
| 607. | | | | | Sold (part) | 10/09/17 | N | | |
| 608. | | | | | Sold (part) | 10/10/17 | N | | |
| 609. | | | | | Buy (add'l) | 10/12/17 | N | | |
| 610. | | | | | Sold (part) | 10/12/17 | N | | |
| 611. | | | | | Sold (part) | 10/17/17 | M | | |
| 612. | | | | | Sold (part) | 10/19/17 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 11/06/17 | P1 | | |
| 614. | | | | | Sold (part) | 11/06/17 | O | | |
| 615. | | | | | Sold (part) | 11/07/17 | N | | |
| 616. | | | | | Buy (add'l) | 11/08/17 | P1 | | |
| 617. | | | | | Sold (part) | 11/08/17 | P1 | | |
| 618. | | | | | Buy (add'l) | 11/13/17 | O | | |
| 619. | | | | | Sold (part) | 11/13/17 | O | | |
| 620. | | | | | Buy (add'l) | 11/14/17 | O | | |
| 621. | | | | | Sold (part) | 11/14/17 | O | | |
| 622. | | | | | Buy (add'l) | 11/16/17 | O | | |
| 623. | | | | | Buy (add'l) | 11/16/17 | O | | |
| 624. | | | | | Buy (add'l) | 11/21/17 | O | | |
| 625. | | | | | Sold (part) | 11/22/17 | N | D | |
| 626. | | | | | Sold (part) | 11/28/17 | N | | |
| 627. | | | | | Buy (add'l) | 12/04/17 | O | | |
| 628. | | | | | Sold (part) | 12/04/17 | P1 | | |
| 629. | | | | | Sold (part) | 12/06/17 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 12/07/17 | O | | |
| 631. | | | | | Sold (part) | 12/07/17 | O | | |
| 632. | | | | | Buy (add'l) | 12/08/17 | O | | |
| 633. | | | | | Sold (part) | 12/08/17 | O | | |
| 634. | | | | | Buy (add'l) | 12/11/17 | O | | |
| 635. | | | | | Sold (part) | 12/11/17 | O | | |
| 636. | | | | | Buy (add'l) | 12/14/17 | O | | |
| 637. | | | | | Sold (part) | 12/14/17 | O | | |
| 638. | | | | | Sold (part) | 12/18/17 | M | | |
| 639. | | | | | Sold (part) | 12/19/17 | M | A | |
| 640. | | | | | Sold (part) | 12/21/17 | N | | |
| 641. | | | | | Sold (part) | 12/26/17 | O | C | |
| 642. | | | | | Sold (part) | 12/27/17 | N | B | |
| 643. Alphabet Common Stock [googl] | | None | | | Buy | 02/03/17 | N | | |
| 644. | | | | | Sold | 02/07/17 | N | C | |
| 645. | | | | | Buy | 03/01/17 | N | | |
| 646. | | | | | Sold | 03/01/17 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy | 03/02/17 | N | | |
| 648. | | | | | Sold | 03/02/17 | N | | |
| 649. | | | | | Buy | 03/21/17 | M | | |
| 650. | | | | | Sold | 03/23/17 | M | | |
| 651. | | | | | Buy | 03/28/17 | M | | |
| 652. | | | | | Sold | 03/28/17 | M | B | |
| 653. | | | | | Buy | 03/29/17 | N | | |
| 654. | | | | | Sold | 03/29/17 | N | A | |
| 655. | | | | | Buy | 03/31/17 | N | | |
| 656. | | | | | Buy (add'l) | 04/03/17 | O | | |
| 657. | | | | | Sold (part) | 04/03/17 | N | | |
| 658. | | | | | Buy (add'l) | 04/04/17 | N | | |
| 659. | | | | | Sold (part) | 04/04/17 | N | | |
| 660. | | | | | Buy (add'l) | 04/05/17 | O | | |
| 661. | | | | | Sold (part) | 04/05/17 | O | | |
| 662. | | | | | Sold (part) | 04/13/17 | N | | |
| 663. | | | | | Sold | 04/24/17 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy | 07/19/17 | N | | |
| 665. | | | | | Sold (part) | 07/19/17 | M | A | |
| 666. | | | | | Sold (part) | 07/24/17 | N | C | |
| 667. | | | | | Buy (add'l) | 07/24/17 | O | | |
| 668. | | | | | Buy (add'l) | 07/26/17 | M | | |
| 669. | | | | | Buy (add'l) | 07/31/17 | O | | |
| 670. | | | | | Sold (part) | 07/31/17 | M | B | |
| 671. | | | | | Sold (part) | 08/02/17 | N | | |
| 672. | | | | | Sold | 08/10/17 | N | | |
| 673. | | | | | Buy | 08/31/17 | M | | |
| 674. | | | | | Buy (add'l) | 09/07/17 | N | | |
| 675. | | | | | Sold | 09/07/17 | O | | |
| 676. | | | | | Buy | 11/13/17 | O | | |
| 677. | | | | | Sold (part) | 11/16/17 | O | B | |
| 678. | | | | | Buy (add'l) | 11/17/17 | N | | |
| 679. | | | | | Sold (part) | 11/21/17 | M | B | |
| 680. | | | | | Sold | 11/22/17 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy | 11/22/17 | N | | |
| 682. | | | | | Buy (add'l) | 11/28/17 | M | | |
| 683. | | | | | Sold | 11/28/17 | N | B | |
| 684. | | | | | Buy | 11/29/17 | O | | |
| 685. | | | | | Sold | 12/01/17 | O | | |
| 686. | | | | | Buy | 12/02/17 | N | | |
| 687. | | | | | Buy (add'l) | 12/04/17 | N | | |
| 688. | | | | | Sold (part) | 12/06/17 | N | | |
| 689. | | | | | Sold | 12/15/17 | N | | |
| 690. Alphabet Class C Common Stock [goog] | | None | | | Buy | 01/06/17 | N | | |
| 691. | | | | | Sold | 01/06/17 | N | A | |
| 692. | | | | | Buy | 01/09/17 | N | | |
| 693. | | | | | Sold (part) | 01/09/17 | N | B | |
| 694. | | | | | Buy | 01/27/17 | M | | |
| 695. | | | | | Buy (add'l) | 01/31/17 | O | | |
| 696. | | | | | Sold (part) | 01/31/17 | M | | |
| 697. | | | | | Sold | 02/07/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy | 03/02/17 | N | | |
| 699. | | | | | Sold | 03/03/17 | N | | |
| 700. | | | | | Buy | 03/27/17 | M | | |
| 701. | | | | | Buy (add'l) | 03/28/17 | M | | |
| 702. | | | | | Sold (part) | 03/28/17 | M | | |
| 703. | | | | | Buy | 03/29/17 | O | | |
| 704. | | | | | Sold (part) | 03/29/17 | O | | |
| 705. | | | | | Buy | 03/30/17 | O | | |
| 706. | | | | | Sold (part) | 03/30/17 | J | | |
| 707. | | | | | Sold (part) | 04/03/17 | N | | |
| 708. | | | | | Sold (part) | 04/05/17 | O | | |
| 709. | | | | | Buy (add'l) | 04/13/17 | N | | |
| 710. | | | | | Sold (part) | 04/13/17 | N | | |
| 711. | | | | | Buy (add'l) | 04/17/17 | L | | |
| 712. | | | | | Buy (add'l) | 05/01/17 | N | | |
| 713. | | | | | Sold (part) | 05/01/17 | N | | |
| 714. | | | | | Buy (add'l) | 05/10/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      | Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 05/10/17 | N | | |
| 716. | | | | | Buy | 07/19/17 | N | | |
| 717. | | | | | Sold (part) | 07/19/17 | M | A | |
| 718. | | | | | Sold | 07/24/17 | M | B | |
| 719. | | | | | Buy | 11/22/17 | N | | |
| 720. | | | | | Sold | 11/22/17 | N | B | |
| 721. | | | | | Buy | 11/27/17 | O | | |
| 722. | | | | | Sold (part) | 11/28/17 | N | | |
| 723. | | | | | Sold (part) | 12/01/17 | O | | |
| 724. | | | | | Buy (add'l) | 12/01/17 | N | | |
| 725. | | | | | Sold (part) | 12/01/17 | O | | |
| 726. | | | | | Sold (part) | 12/06/17 | N | | |
| 727. | | | | | Buy (add'l) | 12/07/17 | N | | |
| 728. | | | | | Buy (add'l) | 12/11/17 | M | | |
| 729. | | | | | Buy (add'l) | 12/14/17 | N | | |
| 730. | | | | | Sold | 12/14/17 | O | | |
| 731. Home Depot Common Stock | | None | | | Buy | 09/07/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 09/07/17 | M | A | |
| 733. Juno Therapeutics Common Stock | | None | | | Buy | 08/29/17 | M | | |
| 734. | | | | | Sold (part) | 08/30/17 | K | | |
| 735. | | | | | Buy (add'l) | 09/06/17 | L | | |
| 736. | | | | | Sold (part) | 09/25/17 | L | | |
| 737. | | | | | Sold | 10/03/17 | L | | |
| 738. | | | | | Buy | 11/16/17 | L | | |
| 739. | | | | | Sold | 12/07/17 | L | | |
| 740. Lowes Common Stock | A | Dividend | | | Buy | 09/07/17 | M | | |
| 741. | | | | | Sold | 09/07/17 | M | B | |
| 742. | | | | | Buy | 11/16/17 | K | | |
| 743. | | | | | Sold | 12/07/17 | K | | |
| 744. Netflix Common Stock | | None | | | Buy (add'l) | 01/04/17 | M | | |
| 745. | | | | | Sold (part) | 01/04/17 | K | A | |
| 746. | | | | | Buy (add'l) | 01/06/17 | N | | |
| 747. | | | | | Buy (add'l) | 01/10/17 | N | | |
| 748. | | | | | Sold (part) | 01/11/17 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 01/13/17 | N | A | |
| 750. | | | | | Sold (part) | 01/18/17 | M | A | |
| 751. | | | | | Buy (add'l) | 01/18/17 | M | | |
| 752. | | | | | Buy (add'l) | 01/23/17 | N | | |
| 753. | | | | | Buy (add'l) | 01/24/17 | N | | |
| 754. | | | | | Sold (part) | 01/24/17 | O | D | |
| 755. | | | | | Sold (part) | 01/25/17 | M | B | |
| 756. | | | | | Buy (add'l) | 01/26/17 | L | | |
| 757. | | | | | Buy (add'l) | 01/27/17 | M | | |
| 758. | | | | | Sold | 01/27/17 | M | B | |
| 759. | | | | | Buy | 01/30/17 | M | | |
| 760. | | | | | Sold | 01/30/17 | M | A | |
| 761. | | | | | Buy | 01/31/17 | M | | |
| 762. | | | | | Sold | 02/01/17 | M | A | |
| 763. | | | | | Buy | 02/01/17 | M | | |
| 764. | | | | | Sold | 02/07/17 | M | B | |
| 765. | | | | | Buy | 02/09/17 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold (part) | 02/09/17 | O | A | |
| 767. | | | | | Sold | 02/10/17 | M | B | |
| 768. | | | | | Buy | 02/13/17 | N | | |
| 769. | | | | | Sold (part) | 02/13/17 | N | | |
| 770. | | | | | Buy | 03/01/17 | O | | |
| 771. | | | | | Sold (part) | 03/01/17 | N | A | |
| 772. | | | | | Buy (add'l) | 03/02/17 | O | | |
| 773. | | | | | Sold (part) | 03/02/17 | O | | |
| 774. | | | | | Buy (add'l) | 03/03/17 | N | | |
| 775. | | | | | Sold (part) | 03/03/17 | N | | |
| 776. | | | | | Buy (add'l) | 03/09/17 | N | | |
| 777. | | | | | Sold (part) | 03/29/17 | N | | |
| 778. | | | | | Sold (part) | 03/30/17 | N | | |
| 779. | | | | | Sold | 03/31/17 | M | | |
| 780. | | | | | Buy | 04/05/17 | O | | |
| 781. | | | | | Sold (part) | 04/17/17 | M | | |
| 782. | | | | | Sold (part) | 04/18/17 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 04/20/17 | N | | |
| 784. | | | | | Sold (part) | 04/21/17 | M | | |
| 785. | | | | | Buy (add'l) | 05/01/17 | O | | |
| 786. | | | | | Sold (part) | 05/10/17 | N | | |
| 787. | | | | | Sold (part) | 05/12/17 | M | A | |
| 788. | | | | | Sold (part) | 05/17/17 | M | | |
| 789. | | | | | Sold (part) | 05/19/17 | M | | |
| 790. | | | | | Sold (part) | 05/25/17 | N | D | |
| 791. | | | | | Sold (part) | 05/30/17 | M | | |
| 792. | | | | | Sold | 05/31/17 | M | | |
| 793. | | | | | Buy | 06/01/17 | M | | |
| 794. | | | | | Buy (add'l) | 06/02/17 | O | | |
| 795. | | | | | Sold | 06/02/17 | O | D | |
| 796. | | | | | Buy | 06/07/17 | N | | |
| 797. | | | | | Sold (part) | 06/13/17 | M | | |
| 798. | | | | | Sold | 06/14/17 | M | | |
| 799. | | | | | Buy | 06/15/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 06/21/17 | N | | |
| 801. | | | | | Sold (part) | 06/22/17 | M | | |
| 802. | | | | | Buy (add'l) | 06/26/17 | M | | |
| 803. | | | | | Sold (part) | 07/03/17 | N | | |
| 804. | | | | | Sold (part) | 07/05/17 | M | | |
| 805. | | | | | Sold (part) | 07/13/17 | N | | |
| 806. | | | | | Buy (add'l) | 07/13/17 | N | | |
| 807. | | | | | Sold (part) | 07/17/17 | K | A | |
| 808. | | | | | Sold (part) | 07/26/17 | N | | |
| 809. | | | | | Sold | 07/27/17 | N | | |
| 810. | | | | | Buy | 08/31/17 | N | | |
| 811. | | | | | Sold | 08/31/17 | N | A | |
| 812. | | | | | Buy | 09/28/17 | N | | |
| 813. | | | | | Sold (part) | 09/28/17 | N | A | |
| 814. | | | | | Buy (add'l) | 09/29/17 | N | | |
| 815. | | | | | Sold (part) | 09/29/17 | N | A | |
| 816. | | | | | Buy (add'l) | 10/03/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Buchwald, Naomi R.    11/22/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold (part) | 10/03/17 | N | A | |
| 818. | | | | | Buy (add'l) | 10/05/17 | N | | |
| 819. | | | | | Sold (part) | 10/05/17 | N | D | |
| 820. | | | | | Buy (add'l) | 10/06/17 | M | | |
| 821. | | | | | Sold | 10/06/17 | N | C | |
| 822. | | | | | Buy | 10/09/17 | O | | |
| 823. | | | | | Sold (part) | 10/09/17 | M | A | |
| 824. | | | | | Buy (add'l) | 10/12/17 | M | | |
| 825. | | | | | Sold (part) | 10/13/17 | N | C | |
| 826. | | | | | Buy (add'l) | 10/16/17 | M | | |
| 827. | | | | | Sold (part) | 10/16/17 | M | C | |
| 828. | | | | | Buy (add'l) | 10/19/17 | N | | |
| 829. | | | | | Sold (part) | 10/19/17 | N | | |
| 830. | | | | | Buy (add'l) | 10/20/17 | N | | |
| 831. | | | | | Sold (part) | 10/26/17 | K | | |
| 832. | | | | | Sold (part) | 10/31/17 | N | | |
| 833. | | | | | Buy (add'l) | 11/07/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Buchwald, Naomi R.                    11/22/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Buy (add'l) | 11/14/17 | N | | |
| 835. | | | | | Sold (part) | 11/14/17 | M | | |
| 836. | | | | | Sold (part) | 11/22/17 | M | | |
| 837. | | | | | Sold (part) | 11/27/17 | N | | |
| 838. | | | | | Sold (part) | 11/28/17 | M | | |
| 839. | | | | | Buy (add'l) | 12/04/17 | O | | |
| 840. | | | | | Sold (part) | 12/04/17 | L | A | |
| 841. | | | | | Sold (part) | 12/07/17 | M | A | |
| 842. | | | | | Sold (part) | 12/08/17 | M | A | |
| 843. | | | | | Sold (part) | 12/13/17 | M | A | |
| 844. | | | | | Buy (add'l) | 12/14/17 | M | | |
| 845. | | | | | Sold (part) | 12/19/17 | L | | |
| 846. | | | | | Sold | 12/26/17 | M | A | |
| 847. Tesla Motors Commo Stock | | None | | | Buy | 07/13/17 | M | | |
| 848. | | | | | Sold | 07/13/17 | M | A | |
| 849. Twitter Common Stock | | None | | | Buy | 03/31/17 | L | | |
| 850. | | | | | Sold | 05/31/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy | 07/12/17 | K | | |
| 852. | | | | | Sold | 07/25/17 | K | | |
| 853. | | | | | Buy | 09/13/17 | K | | |
| 854. | | | | | Sold | 09/25/17 | K | | |
| 855. | | | | | Buy | 10/09/17 | L | | |
| 856. | | | | | Sold | 10/12/17 | L | C | |
| 857. | | | | | Buy | 10/12/17 | L | | |
| 858. | | | | | Sold | 10/19/17 | L | | |
| 859. Valeant Common Stock | | None | | | Buy | 08/29/17 | K | | |
| 860. | | | | | Sold | 08/31/17 | K | A | |
| 861. Nvidia Common Stock | A | Dividend | | | Buy | 08/10/17 | L | | |
| 862. | | | | | Sold | 08/14/17 | L | D | |
| 863. | | | | | Buy | 08/21/17 | M | | |
| 864. | | | | | Sold | 08/23/17 | M | D | |
| 865. | | | | | Buy | 08/28/17 | N | | |
| 866. | | | | | Sold | 08/28/17 | N | B | |
| 867. | | | | | Buy | 08/29/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold | 08/29/17 | M | B | |
| 869. Home Depot Common Stock | None | | | | Buy | 09/07/17 | M | | |
| 870. | | | | | Sold | 09/07/17 | M | A | |
| 871. Roku Inc. Common Stock | None | | | | Buy | 11/16/17 | K | | |
| 872. | | | | | Sold | 11/16/17 | K | | |
| 873. Snap Common Stock | None | | | | Buy | 03/06/17 | M | | |
| 874. | | | | | Sold | 03/07/17 | M | | |
| 875. | | | | | Buy | 03/13/17 | M | | |
| 876. | | | | | Buy (add'l) | 03/21/17 | M | | |
| 877. | | | | | Sold (part) | 03/22/17 | M | | |
| 878. | | | | | Sold | 03/23/17 | M | C | |
| 879. | | | | | Buy | 03/27/17 | K | | |
| 880. | | | | | Buy (add'l) | 03/28/17 | L | | |
| 881. | | | | | Buy (add'l) | 03/29/17 | L | | |
| 882. | | | | | Buy (add'l) | 04/04/17 | L | | |
| 883. | | | | | Sold | 04/05/17 | M | | |
| 884. | | | | | Buy (add'l) | 04/17/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 56 of 59 | Buchwald, Naomi R. | 11/22/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 04/20/17 | M | | |
| 886. | | | | | Sold (part) | 04/21/17 | M | | |
| 887. | | | | | Buy | 08/22/17 | L | | |
| 888. | | | | | Buy (add'l) | 08/23/17 | L | | |
| 889. | | | | | Sold (part) | 08/23/17 | L | D | |
| 890. | | | | | Sold | 08/28/17 | K | A | |
| 891. | | | | | Buy | 10/13/17 | L | | |
| 892. | | | | | Sold | 11/02/17 | K | | |
| 893. Stanley Black & Decker Common Stock | None | | | | Buy | 03/03/17 | M | | |
| 894. | | | | | Sold | 03/07/17 | M | A | |
| 895. | | | | | Buy | 03/07/17 | M | | |
| 896. | | | | | Sold | 03/08/17 | M | A | |
| 897. | | | | | Buy | 03/09/17 | M | | |
| 898. | | | | | Sold | 03/10/17 | M | A | |
| 899. | | | | | Buy | 05/01/17 | M | | |
| 900. | | | | | Sold | 05/10/17 | M | C | |
| 901. | | | | | Buy | 09/05/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 09/06/17 | M | A | |
| 903. | | | | | Buy | 12/04/17 | M | | |
| 904. | | | | | Sold | 12/04/17 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

---

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 11/22/2018 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Naomi R. Buchwald**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544